1  STEVEN W. RITCHESON, ESQ (SBN 174062)
   White Field, Inc.
2  9800 D Topanga Canyon Blvd. #347
   Chatsworth, California  91311
3  Telephone: (818) 882-1030
   Facsimile: (818) 337-0383
4  swritcheson@whitefieldinc.com

5  Attorneys for Plaintiff, OLYMPIC DEVELOPMENTS AG, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., APPLE, INC., BARNESANDNOBLE.COM, INC., DIRECTV, INC., MICROSOFT CORPORATION, NINTENDO OF AMERICA, INC., SONY COMPUTER ENTERTAINMENT OF AMERICA, LLC, SONY ELECTRONICS, INC., VALVE CORPORATION,<br><br>　　　　　　Defendants. | Case No.  10-cv-07237 GW (PLA)<br><br>**NOTICE OF DISMISSAL OF DEFENDANT DIRECTV, INC.** |

**NOTICE OF DISMISSAL OF DEFENDANT DIRECTV, INC.**
Case No.  10-cv-07237 GW (PLA)

1

2  PLEASE TAKE NOTICE that Plaintiff Olympic Developments AG, LLC, hereby

3 dismisses this action as to Defendant DIRECTV, INC., only, pursuant to Federal Rule of Civil

4 Procedure 41(A)(1).  Said dismissal is <u>without</u> prejudice, each party to bear its own costs and

5 attorneys' fees.

6  Dated:  November 18, 2010.   Respectfully submitted,

7     WHITE FIELD, INC.

8

9     By: ___/s/ Steven W. Ritcheson_____
      Steven W. Ritcheson
10     Attorney for Plaintiff OLYMPIC
      DEVELOPMENTS AG, LLC
11

12

...

28

1
**NOTICE OF DISMISSAL OF DEFENDANT DIRECTV, INC.**
Case No.  10-cv-07237 GW (PLA)