1  STEVEN W. RITCHESON, ESQ (SBN 174062)
   White Field, Inc.
2  9800 D Topanga Canyon Blvd. #347
   Chatsworth, California  91311
3  Telephone: (818) 882-1030
   Facsimile: (818) 337-0383
4  swritcheson@whitefieldinc.com

5  Attorneys for Plaintiff, OLYMPIC DEVELOPMENTS AG, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| OLYMPIC DEVELOPMENTS AG, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., APPLE, INC., BARNESANDNOBLE.COM, INC., DIRECTV, INC., MICROSOFT CORPORATION, NINTENDO OF AMERICA, INC., SONY COMPUTER ENTERTAINMENT OF AMERICA, LLC, SONY ELECTRONICS, INC., VALVE CORPORATION,<br><br>　　　　　　　Defendants. | Case No.  10-cv-07237 GW (PLA)<br><br>**NOTICE OF DISMISSAL OF DEFENDANT SONY COMPUTER ENTERTAINMENT OF AMERICA, INC.** |

**NOTICE OF DISMISSAL OF DEFENDANT SONY COMPUTER ENTERTAINMENT OF AMERICA, INC.**
Case No.  10-cv-07237 GW (PLA)

1

2   PLEASE TAKE NOTICE that Plaintiff Olympic Developments AG, LLC, hereby

3   dismisses this action as to Defendant SONY COMPUTER ENTERTAINMENT OF AMERICA,

4   INC., only, pursuant to Federal Rule of Civil Procedure 41(A)(1).  Said dismissal is <u>without</u>

5   prejudice, each party to bear its own costs and attorneys' fees.

6      Dated:  November 18, 2010.      Respectfully submitted,

7                                              WHITE FIELD, INC.

8

9                                              By:   /s/ Steven W. Ritcheson
10                                                   Steven W. Ritcheson
                                                   Attorney for Plaintiff OLYMPIC
11                                                   DEVELOPMENTS AG, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                   1
**NOTICE OF DISMISSAL OF DEFENDANT SONY COMPUTER ENTERTAINMENT
OF AMERICA, INC.**
Case No.  10-cv-07237 GW (PLA)